#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Wham-O Holding, Ltd. et al.<br><br>                      Plaintiffs,<br>v.<br><br>Partnerships and Unincorporated Associations Identified on Schedule "A",<br><br>                      Defendants. | Case No. 1:22-cv-01114<br><br>Honorable Dist. Judge Andrea R. Wood and Mag. Judge Heather K. McShain |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The below defendants CRIMSONCOLE; decwang; divdual; Dprofy-US; eventura; ferentia; greatiboon; Greenyouth; jsodia; Kerdena; Longlastingyouth; Maxten; mgjrhu; nicything; oilmath; Rhinoon; Rinme; shangfu-team; shoelacei; Tavot; Trysain; Ya-tube; ZEBYING; Zhifou (collectively, "Defendants"), by and through their undersigned counsel, respectfully request a 30-day extension to respond to Plaintiffs' Complaint. In support, Defendants state as follows:

1. Plaintiffs filed the Complaint on March 3, 2022.

2. Based on the ostensible service date of the Summons, the original due date for Defendants to answer or otherwise respond to the Complaint is April 12, 2022.

3. The undersigned attorney was retained by the Defendants (all of whom are based outside US) recently, and has been actively negotiating with Plaintiffs' counsel for settlement.

4. Defendants require additional time to further negotiate and finalize settlement with Plaintiffs, and/or to otherwise respond to the Complaint. Thus, Defendants request an extension of time of 30 days to respond the Complaint until **May 12, 2022**.

5. Good cause exists for this extension of time to respond. See Fed R. Civ. Pro. 6(b)(1)(A).

6. Plaintiffs do not oppose to this request for extension.

WHEREFORE, Defendants respectfully pray that this Court enter an order extending Defendants' due date to respond to Plaintiffs' Complaint to **May 12, 2022**.

Dated: April 14, 2022

By: /s/ Yong Chen
Yong Chen
Attorney for Defendants
One Penn Plaza, Ste 2508
New York, NY 10119
212.547.6694
Email: ychen@ambizlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **Unopposed Motion for Extension of Time** was served upon on all counsel of record electronically through CM/ECF on April 14, 2022.

/s/ *Yong Chen*
