## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Wham−O Holding, Ltd., et al.

                                        Plaintiff,

v.                                             Case No.: 1:22−cv−01114

                                            Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 20, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Defendants' unopposed motion for extension of time [35] is granted. Defendants TOPmontain, Jilike, A leaf, Forfar Direct, ChenZhenFeng, LovelifeUS, EVOIO, HugeStone, JS LifeStyle shall answer or otherwise respond to the complaint by 5/5/2022. Defendants' unopposed motion for extension of time to answer [39] is granted. Defendants CRIMSONCOLE, decwang, divdual, eventura, ferentia, greatiboon, Greenyouth, jsodia, Kerdena, Maxten, mgjrhu, nicything, oilmath, Rhinoon, Rinme, shangfu−team, shoelacei, Tavot, Trysain, Ya−tube, ZEBYING and Zhifou shall answer or otherwise respond to the complaint by 5/12/2022. Defendants' unopposed motion for extension of time to respond [42] is granted. Defnedants Concelery and Quinn Guy shall answer or otherwise respond to the complaint by 5/3/2022. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.