UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division

Wham−O Holding, Ltd., et al().

Plaintiff,

v.

Case No.: 1:22−cv−01114
Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 22, 2022:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 4/22/2022. Counsel for Plaintiff and Defendants Concelery, Quinn Guy, TOPmontain, Jilike, A leaf, Forfar Direct, ChenZhenFeng, LovelifeUS, EVOIO, HugeStone, and JS LifeStyle appear. Defendant TaoWang's motion for extension of time to answer or otherwise plead [45] is granted. Defendant Tao Wang shall answer or otherwise respond to the complaint by 4/22/2022. As discussed on the record, Plaintiff's motion for entry of default and default judgment against the Defendants identified in first amended Schedule A [31] is taken under advisement. Telephonic status hearing set for 5/19/2022 at 9:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.