IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:22-cv-01114

Judge Andrea R. Wood

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 5 | ADpossible |
| 105 | JT Us Store |
| 62 | FDYD |
| 26 | bigSN |
| 79 | guangzhouxinshunfangshangmaoshanghang |
| 120 | LILIXIE |
| 180 | rongxiaa |
| 74 | general3 |
| 111 | Kasamina |
| 69 | Follure |
| 91 | HugeStone |
| 102 | JS LifeStyle |
| 50 | divdual |
| 212 | Trysain |
| 232 | Ya-tube |
| 248 | ZUYY |
| 153 | MUSEWANNA |
| 165 | PONAIOTRY |
| 144 | MIDSCO |

| | |
|---|---|
| 42 | CRUDFVGD |
| 196 | summer life |
| 227 | XIEGANG |
| 198 | sunswim |
| 146 | minyius |
| 143 | mgjrhu |
| 104 | jsodia |
| 184 | shangfu-team |
| 128 | LovelifeUS |

DATED: April 24, 2022        Respectfully submitted,

      */s/ Keith A. Vogt*
      Keith A. Vogt (Bar No. 6207971)
      Keith Vogt, Ltd.
      33 West Jackson Boulevard, #2w
      Chicago, Illinois 60604
      Telephone: 312-971-6752
      E-mail: keith@vogtip.com

      ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 24, 2022 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                 */s/ Keith A. Vogt*
                                                 Keith A. Vogt